**TOWN ATTORNEY**
JOSEPH NOCELLA

**CHIEF DEPUTY TOWN ATTORNEY**
FRANK M. SCALERA

**SPECIAL COUNSEL**
RALPH P. HEALEY
THOMAS M. SABELLICO

# Office of the Town Attorney
# Town of Oyster Bay

TOWN HALL
54 AUDREY AVENUE
OYSTER BAY N.Y. 11771
(516) 624-6150
FAX (516) 624-6196
www.oysterbaytown.com

**DEPUTY TOWN ATTORNEY**
RAYMOND J. AVERNA
PAUL S. EHRLICH
ELIZABETH A. FAUGHNAN
JEFFREY A. LESSER
MATTHEW M. ROZEA
DENNIS P. SHEEHAN

**ASSISTANT TOWN ATTORNEY**
SAMANTHA A. GOETZ
REGAN U. LALLY

July 17, 2018

Law Office of Clarke & Fellows P.C.
140 Gazza Boulevard
Farmingdale, New York 11735

Attention: Jonathan Clarke, Esq.

    Re: <u>Proposed Order to Show Cause</u>

Dear Mr. Clarke:

    Permit this letter to confirm our conversation of earlier today in which we discussed the proposed order to show cause that you intend to bring on behalf of Kevin McKenna.

    As indicated during that conversation, the Town will not enforce the ban imposed following Mr. McKenna's conduct at the June 26, 2018 Town Board meeting. Mr. McKenna is permitted to attend Town Board meetings in the same way as any other resident.

    Further, the Town takes no position with respect to the issue of signs at the Town Board meetings. As we discussed, the issue of signs appears to have been raised by the Nassau County Police Department, and not at the behest of the Town.

    Consequently, in view of the foregoing, the Town deems any request for relief as against the Town as moot.

                             Very truly yours,

                             Joseph Nocella
                             Town Attorney