FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 16 2020 ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Courtroom 940
DATE: 11/16/2020
TIME:. 4:00 p.m.

BEFORE: GARY R. BROWN, U.S. DISTRICT JUDGE

CASE: 20cv04905 McKenna v. The Town of Oyster Bay et al

APPEARANCES:   Plaintiff: Jonathan Clarke

Defendant: Heidi Gootnick, Diane McCarthy

FTR**#: 4:01-4:30

**Motion for:** __10__ **First MOTION for Preliminary Injunction**
**Movant:** __plaintiff__

Case called.

☒ Counsel for all sides present.

☐ Pre-motion conference held.

☐ Parties to meet and confer and submit a schedule within 2 weeks.

☐ Motion Schedule set.   Motion served by:
Response served by:
Reply and all papers filed by:

☐ Discovery to proceed while motion is pending. Parties to contact Magistrate Judge assigned to the case to schedule an Initial Conference.

☐ Choose an item.

☒ Motion argued.

☐ The Court deems the motion made.

☒ Motion is Granted(** No written decision**)

☒ Other: Telephone conference is scheduled for 12/2/2020 at 2:30 p.m.

☐ The parties are to submit order on notice to all parties.

☐ Settlement discussed. Choose an item.

☐ Jury Selection and trial set for:
Joint pretrial order due by:

** To obtain a copy of the transcript counsel should contact ESR Central Islip at (631) 712-6030. Instructions and forms for requesting a transcript can be found at https://www.nyed.uscourts.gov/ under the *Court Information* tab.