**Winget | Spadafora | Schwartzberg | LLP**

NEW YORK:
45 Broadway
32nd Floor
New York, NY 10006

P (212) 221-6900
F (212) 221-6989
Mccarthy.d@wssllp.com

December 4, 2020

**VIA FACSIMILE**
Honorable Gary R. Brown
100 Federal Plaza
Courtroom 840
Central Islip, New York 11722-9014
(631) 712-5700
(631) 712-5705 (facsimile)

    Re:    McKenna v. The Town of Oyster Bay et al
           Docket No. 2:20-cv-04905-GRB-AYS

Dear Judge Brown:

    Our firm represents the Defendants in the above-referenced matter. We write to request that the conference scheduled for Monday December 7, 2020 be converted into a settlement conference to discuss the language in the draft resolution. In this regard, we were under the impression that the December 2, 2020 conference was continued to Monday, December 7, 2020. We received comments from Plaintiff's counsel to our draft revised resolution that is the crux of this matter and would like to continue working on language and feel your assistance through a settlement conference would be the most expedient method.

    Thank you for your assistance in hopefully bring this matter to a speedy and cost-effective resolution.

                              Very truly yours,

                              */s/ Dianna D. McCarthy*

                              Dianna D. McCarthy

cc: Counsel of Record (via email)