**Winget | Spadafora | Schwartzberg | LLP**

NEW YORK:
45 Broadway
32nd Floor
New York, NY 10006

P (212) 221-6900
F (212) 221-6989
Gootnick.H@wssllp.com

December 21, 2020

**VIA ECF**
The Honorable Anne Y. Shields
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722
(631) 712-5710

  Re: McKenna v. The Town of Oyster Bay et al
     Docket No. 2:20-cv-04905-GRB-AYS

Dear Judge Shields:

Our firm represents the Town of Oyster Bay ("TOBAY" or the "Town") and Joseph Saladino i/s/h/a Joe Saladino ("Saladino") (collectively "Defendants") in the above-referenced matter.

I write jointly with Plaintiff's counsel, Jonathan Clarke, to inform that Court that the parties have reached a settlement in principle. The parties will require thirty (30) days after the next Town Board meeting, currently scheduled to take place on January 12, 2021 to finalize the settlement. Accordingly, we respectfully request that tomorrow's settlement conference be removed from the calendar and that the parties be given the requested amount of time to finalize the settlement.

Thank you for your consideration of our request.

Very truly yours,

*/s/ Heidi M. Gootnick*

Heidi M. Gootnick

cc: Counsel of Record (via ECF)